# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TERRY FLANAGAN

NO. 2025 KW 0388

**JUNE 30, 2025**

---

In Re:     Terry Flanagan, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           12-17-0511.

---

**BEFORE:   PENZATO, WOLFE, AND FIELDS, JJ.**

**WRIT GRANTED.** The district court is ordered to proceed toward disposition of relator's pro se motion for an extension of time to file a supervisory writ application filed on January 6, 2025, wherein relator also requested a copy of the district court's November 4, 2024, ruling on his motion to correct an illegal sentence and a copy of the transcript of that hearing, on or before August 15, 2025. A copy of the district court's action shall be filed in this court on or before August 22, 2025.

**AHP**
**EW**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT